UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DINO BUCCI,

    Defendant.
_____/

Case No. 17-cr-20775

Hon. Robert H. Cleland

## STIPULATION TO ADJOURN SENTENCING

The parties, through undersigned counsel, stipulate to adjourning Dino Bucci's sentencing for approximately six months. Bucci has provided assistance to the government's investigation, including by agreeing to testify in this case. The parties believe that the Court would be most informed and the government would be best able to make a determination about Bucci's substantial assistance, after the trial in this case and therefore request that Bucci's sentencing be adjourned.

1

**IT IS SO STIPULATED:**

For the United States of America:

MATTHEW SCHNEIDER
United States Attorney

*s/Steven P. Cares*
STEVEN P. CARES
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Phone: (313) 226-9139
Steven.Cares@usdoj.gov

Dated: 1-16-2021

For the Defendant:

*s/Stephen T. Rabaut (by consent)*
STEPHEN T. RABAUT
Attorney for Dino Bucci
16931 19 Mile Rd., Ste. 100
Clinton Township, MI 48038
Phone: 586-263-1600
SRabautLaw@me.com

Dino Bucci