UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

        Case No. 17-cr-20775

        Hon. Robert H. Cleland

DINO BUCCI,

        Defendant.
_____/

## ORDER ADJOURNING SENTENCING DATE

Upon this Court's consideration of the parties' stipulation for an adjournment of the sentencing date and the Court being apprised of all pertinent circumstances, IT IS ORDERED THAT the sentencing date in this matter is scheduled for **July 27, 2021 at 2:00 pm.** SO ORDERED.

        s/Robert H. Cleland
        Hon. Robert H. Cleland
        United States District Judge

Entered: January 19, 2021