UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                          Plaintiff,

v.                                             Case No. 2:17−cr−20775−RHC−RSW
                                                   Hon. Robert H. Cleland

Dino Bucci, et al.,

                          Defendant(s),

_____

## NOTICE TO APPEAR

The following defendant(s) are hereby notified to appear: Dino Bucci

The defendant(s) shall appear before District Judge Robert H. Cleland at the United States District Court, Federal Building, 526 Water Street, Port Huron, Michigan, for the following proceeding(s):

- SENTENCING: January 11, 2022 at 01:30 PM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                                    By: <u>s/L. Wagner</u>
                                                                            Case Manager

Dated: September 23, 2021